IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EDWIN J. SWANN, *et al.*, | : | Case No. 3:13-cv-42 |
| Plaintiffs, | : | |
| | | Magistrate Judge Michael J. Newman |
| vs. | : | (Consent Case) |
| TIME WARNER ENTERTAINMENT COMPANY, L.P., | : | |
| | : | |
| Defendant. | | |

### ORDER RESCHEDULING PRELIMINARY PRETRIAL CONFERENCE

In light of the parties' unanimous in this matter consent pursuant to 28 U.S.C. § 636(c) to Magistrate Judge jurisdiction, the Preliminary Pretrial Telephone Conference, previously set for 4:30 p.m. on March 18, 2013 by District Judge Walter H. Rice, is hereby **RESCHEDULED** for **10:30 a.m. on March 18, 2013**.

The call-in number for the telephone conference is 1-877-336-1839.  Parties shall follow the instructions on the automated system.  The Access Code is 2725365, and the Security Code is 3182013.

**IT IS SO ORDERED.**

March 15, 2013                                                                               **s/Michael J. Newman**
                                                                                                        United States Magistrate Judge